# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2074
_____

LEON CRAIG POLK,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy A. Register, Judge.

November 19, 2025

PER CURIAM.

The Court dismisses this appeal as untimely filed. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Henry Mark Sims, Public Defender, and Ann Grabner, Assistant Public Defender, Panama City, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.